# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: FILIPEK, PIOTR § | Case No. 14-29447-ABG |
| § | |
| § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 12, 2014. The undersigned trustee was appointed on September 02, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        4,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 334.38 |
| Bank service fees | 150.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 3,515.62 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/20/2016 and the deadline for filing governmental claims was 02/08/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.00, for a total compensation of $1,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/21/2017            By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-29447-ABG  
**Case Name:** FILIPEK, PIOTR  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/12/14 (f)  
**§341(a) Meeting Date:** 12/18/15  

**Period Ending:** 07/21/17  
**Claims Bar Date:** 04/20/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash on hand<br>    Imported from original petition Doc# 12 | 40.00 | 0.00 | | 0.00 | FA |
| 2  Plaza Bank checking account<br>    Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 3  Debtor lives in residence owned by spouse. House<br>    Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 4  Misc. pictures.<br>    Imported from original petition Doc# 12 | 50.00 | 0.00 | | 0.00 | FA |
| 5  Normal wearing apparel<br>    Imported from original petition Doc# 12 | 300.00 | 0.00 | | 0.00 | FA |
| 6  Wedding band<br>    Imported from original petition Doc# 12 | 300.00 | 0.00 | | 0.00 | FA |
| 7  Tennis racquet, bicycle<br>    Imported from original petition Doc# 12 | 60.00 | 0.00 | | 0.00 | FA |
| 8  Farmers Insurance - face value is $500,000.00 -<br>    Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 9  Southern Western Illinois life insurance - face<br>    Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 10 PB Development Company, Inc. - 100% shareholder<br>    Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 11 2003 BMW 3 series - 140,000 miles<br>    Imported from original petition Doc# 12 | 4,000.00 | 0.00 | | 0.00 | FA |
| 12 Laptop and accessories - 5 years old<br>    Imported from original petition Doc# 12 | 100.00 | 0.00 | | 0.00 | FA |
| 13 Jet Skis  (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 13  Assets   Totals (Excluding unknown values) | **$4,850.00** | **$4,000.00** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE WAS RECENTLY APPOINTED AS SUCCESSOR TRUSTEE ON SEPTEMBER 2, 2015.  SHE IS CURRENTLY REVIEWING POTENTIAL ASSETS AND DETERMINING IF THERE ARE ANY ASSETS TO ADMINISTER.

sTATUS jANUARY 2017: THE TRUSTEE'S PRIMARY FOCUS WAS EXAMINING POTENTIAL CAUSES OF ACTION UNDER THE AVOIDING POWERS. aFTER

Printed: 07/21/2017 06:24 PM    V.13.30

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-29447-ABG  
**Case Name:** FILIPEK, PIOTR  

**Period Ending:** 07/21/17

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/12/14 (f)  
**§341(a) Meeting Date:** 12/18/15  
**Claims Bar Date:** 04/20/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

INTENSIVE AND EXTENSIVE REVIEW THE TRUSTEE CONCLUDED THAT THE AVOIDING POWERS WOULD BE BARRED BY STATUTE OF LIMITATIONS WHICH RAN PRIOR TO THE FILING OF THE BANKRUPTCY. tHE TRUSTEE REVIEWED HER CONCLUSIONS WITH THE ATTORNEY FOR THE LARGEST CREDITOR WHO ADVISED THAT HE HAD CONCLUDED SIMILARLY IN CONNECTION WITH BANKRUPTCY RELATED FRAUDULENT LITIGATION TO RECOVER ASSETS.  THERE WAS AN AGREED ORDER ENTERED  rEVOKINGTHE DISCHARGE.

tHIS CASE WILL BE ADMINISTRATIVELY INSOLVENT AND THE TRUSTEE WILL FILE HER FINAL REPORT. tHERE WILL BE NO DISTRIBUTION TO UNSECURED CREDITORS.THE TRUSTEE HAS ON HAND APPROXIMATELY $3500 .

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017     **Current Projected Date Of Final Report (TFR):**   June 30, 2017

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 14-29447-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | FILIPEK, PIOTR | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8866 - Checking Account |
| Taxpayer ID #: | **-***4338 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/21/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/16 | {13} | American Auction Associates Inc. | Sale of jet skis | 1229-000 | 4,000.00 | | 4,000.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,990.00 |
| 05/16/16 | 101 | American Auction Associates, Inc. | Auctioneer Expense Payment | 3620-000 | | 333.29 | 3,656.71 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,646.71 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,636.71 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,626.71 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,616.71 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,606.71 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,596.71 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,586.71 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,576.71 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,566.71 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,556.71 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-29447 Voided on 03/02/17 | 2300-000 | | 1.09 | 3,555.62 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-29447 Voided: check issued on 03/02/17 | 2300-000 | | -1.09 | 3,556.71 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-29447 Voided on 03/02/17 | 2300-000 | | 1.09 | 3,555.62 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-29447 Voided: check issued on 03/02/17 | 2300-000 | | -1.09 | 3,556.71 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-29447, Bond | 2300-000 | | 1.09 | 3,555.62 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,545.62 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,535.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,525.62 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,515.62 |

Subtotals :             $4,000.00             $484.38

{} Asset reference(s)                                                                                              Printed: 07/21/2017 06:24 PM     V.13.30

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-29447-ABG  
**Case Name:** FILIPEK, PIOTR  

**Taxpayer ID #:** **-***4338  
**Period Ending:** 07/21/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8866 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 4,000.00 | 484.38 | $3,515.62 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,000.00 | 484.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.00** | **$484.38** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8866** | 4,000.00 | 484.38 | 3,515.62 |
| | **$4,000.00** | **$484.38** | **$3,515.62** |

{} Asset reference(s)   Printed: 07/21/2017 06:24 PM   V.13.30

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 20, 2016

**Case Number:** 14-29447-ABG  
**Debtor Name:** FILIPEK, PIOTR

Page: 1

**Date:** July 21, 2017  
**Time:** 06:24:18 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,000.00 | $0.00 | 1,000.00 |
| 1<br>610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | History: Details1-101/20/2016Claim #1 filed by Cavalry SPV I, LLC, Amount claimed: $6952.55 (Baddoo, Leslie )<br>--------------------------------------------------------------------------* * * | $6,952.55 | $0.00 | 6,952.55 |
| 2<br>610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | History: Details2-101/20/2016Claim #2 filed by Cavalry SPV I, LLC, Amount claimed: $48687.27 (Baddoo, Leslie )<br>--------------------------------------------------------------------------* * * | $48,687.27 | $0.00 | 48,687.27 |
| 3<br>610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | History: Details3-101/20/2016Claim #3 filed by Cavalry SPV I, LLC, Amount claimed: $3757.24 (Baddoo, Leslie )<br>--------------------------------------------------------------------------* * * | $3,757.24 | $0.00 | 3,757.24 |
| 4<br>610 | Fidelity National Financial, Inc.<br>c/o William S. Hackney<br>150 North Michigan Avenue; Suite 3300<br>Chicago, IL 60601 | Unsecured | History: Details4-104/20/2016Claim #4 filed by Fidelity National Financial, Inc., Amount claimed: $1242416.61 (Hackney, William )<br>--------------------------------------------------------------------------* * * | $1,242,416.61 | $0.00 | 1,242,416.61 |
| **<< Totals >>** | | | | 1,302,813.67 | 0.00 | 1,302,813.67 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 14-29447-ABG
Case Name: FILIPEK, PIOTR
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**   $   3,515.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   3,515.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,000.00 | 0.00 | 1,000.00 |

Total to be paid for chapter 7 administration expenses:   $   1,000.00
Remaining balance:   $   2,515.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   2,515.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   2,515.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 1,301,813.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 6,952.55 | 0.00 | 13.44 |
| 2 | Cavalry SPV I, LLC | 48,687.27 | 0.00 | 94.08 |
| 3 | Cavalry SPV I, LLC | 3,757.24 | 0.00 | 7.26 |
| 4 | Fidelity National Financial, Inc. | 1,242,416.61 | 0.00 | 2,400.84 |

Total to be paid for timely general unsecured claims: $ 2,515.62
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**