**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: FILIPEK, PIOTR                              § Case No. 14-29447
                                                   §
                                                   §
Debtor(s)                                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $4,850.00 *(without deducting any secured claims)* | Assets Exempt: $4,850.00 |
| Total Distribution to Claimants: $2,515.62 | Claims Discharged Without Payment: $1,299,298.05 |
| Total Expenses of Administration: $1,484.38 | |

    3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,484.38 | 1,484.38 | 1,484.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,301,813.67 | 1,301,813.67 | 2,515.62 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,303,298.05 | $1,303,298.05 | $4,000.00 |

4) This case was originally filed under Chapter 7 on August 12, 2014. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2017          By: /s/ILENE F. GOLDSTEIN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Jet Skis | 1229-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Auctioneer for Trustee Expenses - American Auction Associates, Inc. | 3620-000 | N/A | 333.29 | 333.29 | 333.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 1.09 | 1.09 | 1.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,484.38 | $1,484.38 | $1,484.38 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | N/A | 6,952.55 | 6,952.55 | 13.44 |
| 2 | Cavalry SPV I, LLC | 7100-000 | N/A | 48,687.27 | 48,687.27 | 94.08 |
| 3 | Cavalry SPV I, LLC | 7100-000 | N/A | 3,757.24 | 3,757.24 | 7.26 |
| 4 | Fidelity National Financial, Inc. | 7100-000 | N/A | 1,242,416.61 | 1,242,416.61 | 2,400.84 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,301,813.67 | $1,301,813.67 | $2,515.62 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-29447  
**Case Name:** FILIPEK, PIOTR

**Period Ending:** 10/19/17

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/12/14 (f)  
**§341(a) Meeting Date:** 12/18/15  
**Claims Bar Date:** 04/20/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Cash on hand<br>      Imported from original petition Doc# 12 | 40.00 | 0.00 | | 0.00 | FA |
| 2   Plaza Bank checking account<br>      Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 3   Debtor lives in residence owned by spouse. House<br>      Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 4   Misc. pictures.<br>      Imported from original petition Doc# 12 | 50.00 | 0.00 | | 0.00 | FA |
| 5   Normal wearing apparel<br>      Imported from original petition Doc# 12 | 300.00 | 0.00 | | 0.00 | FA |
| 6   Wedding band<br>      Imported from original petition Doc# 12 | 300.00 | 0.00 | | 0.00 | FA |
| 7   Tennis racquet, bicycle<br>      Imported from original petition Doc# 12 | 60.00 | 0.00 | | 0.00 | FA |
| 8   Farmers Insurance - face value is $500,000.00 -<br>      Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 9   Southern Western Illinois life insurance - face<br>      Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 10  PB Development Company, Inc. - 100% shareholder<br>      Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 11  2003 BMW 3 series - 140,000 miles<br>      Imported from original petition Doc# 12 | 4,000.00 | 0.00 | | 0.00 | FA |
| 12  Laptop and accessories - 5 years old<br>      Imported from original petition Doc# 12 | 100.00 | 0.00 | | 0.00 | FA |
| 13  Jet Skis  (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 13  Assets   Totals (Excluding unknown values) | **$4,850.00** | **$4,000.00** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE WAS RECENTLY APPOINTED AS SUCCESSOR TRUSTEE ON SEPTEMBER 2, 2015.  SHE IS CURRENTLY REVIEWING POTENTIAL ASSETS AND DETERMINING IF THERE ARE ANY ASSETS TO ADMINISTER.

sTATUS jANUARY 2017: THE TRUSTEE'S PRIMARY FOCUS WAS EXAMINING POTENTIAL CAUSES OF ACTION UNDER THE AVOIDING POWERS. aFTER

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-29447  
**Case Name:**  FILIPEK, PIOTR

**Period Ending:** 10/19/17

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/12/14 (f)  
**§341(a) Meeting Date:** 12/18/15  
**Claims Bar Date:** 04/20/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

INTENSIVE AND EXTENSIVE REVIEW THE TRUSTEE CONCLUDED THAT THE AVOIDING POWERS WOULD BE BARRED BY STATUTE OF LIMITATIONS WHICH RAN PRIOR TO THE FILING OF THE BANKRUPTCY. tHE TRUSTEE REVIEWED HER CONCLUSIONS WITH THE ATTORNEY FOR THE LARGEST CREDITOR WHO ADVISED THAT HE HAD CONCLUDED SIMILARLY IN CONNECTION WITH BANKRUPTCY RELATED FRAUDULENT LITIGATION TO RECOVER ASSETS.  THERE WAS AN AGREED ORDER ENTERED  rEVOKINGTHE DISCHARGE.

tHIS CASE WILL BE ADMINISTRATIVELY INSOLVENT AND THE TRUSTEE WILL FILE HER FINAL REPORT. tHERE WILL BE NO DISTRIBUTION TO UNSECURED CREDITORS.THE TRUSTEE HAS ON HAND APPROXIMATELY $3500 .

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017    **Current Projected Date Of Final Report (TFR):**    June 30, 2017

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-29447  
**Case Name:** FILIPEK, PIOTR  
**Taxpayer ID #:** **-***4338  
**Period Ending:** 10/19/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/16 | {13} | American Auction Associates Inc. | Sale of jet skis | 1229-000 | 4,000.00 | | 4,000.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,990.00 |
| 05/16/16 | 101 | American Auction Associates, Inc. | Auctioneer Expense Payment | 3620-000 | | 333.29 | 3,656.71 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,646.71 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,636.71 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,626.71 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,616.71 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,606.71 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,596.71 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,586.71 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,576.71 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,566.71 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,556.71 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-29447<br>Voided on 03/02/17 | 2300-000 | | 1.09 | 3,555.62 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-29447<br>Voided: check issued on 03/02/17 | 2300-000 | | -1.09 | 3,556.71 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-29447<br>Voided on 03/02/17 | 2300-000 | | 1.09 | 3,555.62 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-29447<br>Voided: check issued on 03/02/17 | 2300-000 | | -1.09 | 3,556.71 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-29447, Bond | 2300-000 | | 1.09 | 3,555.62 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,545.62 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,535.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,525.62 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,515.62 |
| 09/15/17 | 105 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,000.00, Trustee Compensation; Reference: | 2100-000 | | 1,000.00 | 2,515.62 |

Subtotals :        $4,000.00        $1,484.38

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-29447 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | FILIPEK, PIOTR | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8866 - Checking Account |
| Taxpayer ID #: | **-***4338 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/19/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/15/17 | 106 | Cavalry SPV I, LLC | Dividend paid   0.19% on $6,952.55; Claim# 1; Filed: $6,952.55; Reference: | 7100-000 | | 13.44 | 2,502.18 |
| 09/15/17 | 107 | Cavalry SPV I, LLC | Dividend paid   0.19% on $48,687.27; Claim# 2; Filed: $48,687.27; Reference: | 7100-000 | | 94.08 | 2,408.10 |
| 09/15/17 | 108 | Cavalry SPV I, LLC | Dividend paid   0.19% on $3,757.24; Claim# 3; Filed: $3,757.24; Reference: | 7100-000 | | 7.26 | 2,400.84 |
| 09/15/17 | 109 | Fidelity National Financial, Inc. | Dividend paid   0.19% on $1,242,416.61; Claim# 4; Filed: $1,242,416.61; Reference: | 7100-000 | | 2,400.84 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,000.00 | 4,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,000.00 | 4,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $4,000.00 | $4,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8866** | 4,000.00 | 4,000.00 | 0.00 |
| | $4,000.00 | $4,000.00 | $0.00 |

{} Asset reference(s)